UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-22999-CIV-JORDAN

| | |
|---|---|
| JABARI GRAY, | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| WALTER A. MCNEILL, | ) ) |
| Defendants | ) ) |

**ORDER DENYING HABEAS PETITION AND CLOSING CASE**

Upon de novo review, I adopt Magistrate Judge White's report [D.E. 36], to which no objections have been filed. Accordingly, Mr. Gray's habeas petition is DENIED, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of October, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
Jabari Sadiri Gray, *pro se*
DC #L01874
Florida State Prison - West Unit
7819 N.W. 228 St
Rainford, FL 32026-3560